## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANE SPICER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. _____ |
| | ) |
| SSD TECHNOLOGY PARTNERS, INC. and | ) JURY TRIAL DEMANDED |
| SOFTWARE SERVICES OF DELAWARE, INC., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendants SSD Technology Partners, Inc. and Software Services of Delaware, Inc. (collectively, "Defendants") hereby remove this matter to the United States District Court for the District of Delaware, pursuant to 28 U.S.C. § 1441. The grounds for removal are as follows:

1. On or about January 15, 2016, Plaintiff filed a Complaint captioned *Diane Spicer v. SSD Technology Partners, Inc. and Software Services of Delaware, Inc.*, C.A. No. N16C-01-122 EMD (the "Complaint") in the Superior Court of the State of Delaware in and for New Castle County. Defendant was served with a copy of Plaintiff's Complaint on January 19, 2016.

2. In accordance with 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders served upon Defendant is attached hereto as Exhibit A.

3. Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly provide written notice of removal of the action to Plaintiff, and will promptly file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of Delaware in and for New Castle County.

4. This action includes two claims alleging violations of 42 U.S.C. § 12101, *et seq.*, the Americans with Disabilities Act, as amended, conferring original jurisdiction upon this Court.

5. Removal is proper in any action that could have originally been filed in federal court. 28 U.S.C. §1441. District courts have original jurisdiction in cases involving a "[f]ederal question," i.e., cases "arising under the constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

6. This Notice of Removal is being filed within 30 days of the Defendant's receipt of the Complaint and is hereby timely filed under 28 U.S.C. § 1446(b).

WHEREFORE, Defendants respectfully request that the above-titled action be removed to this Court from the Superior Court of the State of Delaware in and for New Castle County.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Lauren E.M. Russell*

John C. Kuffel, Esq. (No. 4567)
Lauren E.M. Russell, Esq. (No. 5366)
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 576-3255
Facsimile: (302) 576-3750
Email: jkuffel@ycst.com; lrussell@ycst.com

*Attorneys for Defendants*

Dated: January 22, 2016