IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANE SPICER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 16-cv-00033-RGA |
| | ) |
| SSD TECHNOLOGY PARTNERS, INC. and | ) **JURY TRIAL DEMANDED** |
| SOFTWARE SERVICES OF DELAWARE, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION TO DISMISS DEFENDANT SOFTWARE SERVICES OF DELAWARE, INC.

Diane Spicer, SSD Technology Partners, Inc., and Software Services of Delaware, Inc., by their undersigned counsel, hereby stipulate as follows:

1. Plaintiff Diane Spicer's employer, and the correct Defendant in the above-captioned action, is SSD Technology Partners, Inc., a Delaware corporation.

2. Software Services of Delaware, Inc. is hereby dismissed as a Defendant in this action, and all claims against Software Services of Delaware, Inc. are hereby dismissed without prejudice.

3. The caption of this case shall hereafter read "Diane Spicer, Plaintiff, v. SSD Technology Partners, Inc, a Delaware corporation, Defendant. C.A. No. 16-cv-00033."

4. Notwithstanding this stipulation and its effect upon the Complaint filed by Plaintiff, all scheduling deadlines shall remain in effect.

*[This space intentionally left blank]*

01:18418116.1

| THE NORMAN LAW FIRM | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Daniel C. Herr* | */s/ Lauren E.M. Russell* |
| Daniel C. Herr, Esq. (No. 5497)<br>1225 North King Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 595-9084<br>Facsimile: (302) 258-0705<br>Email: dherr@thenormanlawfirm.com | Lauren E.M. Russell, Esq. (No. 5366)<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 576-3255<br>Facsimile: (302) 576-3750<br>Email: lrussell@ycst.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| Dated: March 10, 2016 | Dated: March 10, 2016 |

SO ORDERED this _____ day of _____, 2016.

_____
Honorable Richard G. Andrews