IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DIANE SPICER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 16-cv-00033-RGA |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| SSD TECHNOLOGY PARTNERS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL

The parties, by and through the undersigned counsel, hereby stipulate and agree that this action is dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

| LAW OFFICE OF DANIEL C. HERR, LLC | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Daniel C. Herr* | */s/ Lauren E.M. Russell* |
| Daniel C. Herr, Esq. (No. 5497) | Lauren E.M. Russell, Esq. (No. 5366) |
| 1225 North King Street, Suite 1000 | 1000 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 483-7060 | Telephone: (302) 576-3255 |
| Facsimile: (302) 483-7065 | Facsimile: (302) 576-3750 |
| Email: dherr@dherrlaw.com | Email: lrussell@ycst.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| Dated: August 16, 2016 | Dated: August 16, 2016 |

SO ORDERED this __17__ day of __August__, 2016.

_____
Honorable Richard G. Andrews